IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DIANE BENNETT,

   Plaintiff,

                                      CASE NO.: 3:17-CV-0506

-vs-                                    JUDGE TRAUGER

SYNCHRONY BANK,

   Defendant.

   _____/

## JOINT MOTION TO ARBITRATE CLAIMS AND STAY MATTER PENDING THE OUTCOME OF ARBITRATION

Plaintiff, Diane Bennett ("Plaintiff") and Defendant Synchrony Bank ("Synchrony") (collectively, "the Parties"), by and through their undersigned counsel, pursuant to the Federal Arbitration Act (the "FAA"), 9 U.S.C. §1 et seq., hereby move this Court for entry of an Order staying the above-captioned case pending the outcome of arbitration of this disputer before an agreed arbitrator. In support of this motion, the Parties state as follows:

1. Plaintiff initiated the instant suit against Synchrony on March 9, 2017.

2. Pursuant to the Parties' Cardholder Agreement, either Party may request that any dispute be resolved by binding arbitration.

3. After consulting with their respective counsel, the Parties have agreed to submit their dispute to an arbitrator pursuant to the Cardholder Agreement.

4. The Parties therefore respectfully request that the Court enter an Order staying this litigation pending the outcome of the arbitration.

5. The Parties will provide an update to the Court about the status of the matter within 15 days after the conclusion of the arbitration.

**WHEREFORE**, Plaintiff Diane Bennett and Defendant Synchrony Bank respectfully request that an Order staying the above-captioned matter pending the outcome of the Parties' arbitration of their dispute, and grant such other relief as is right and proper.

Dated this 29th day of June, 2017.

/s/*Frank H. Kerney, III, Esquire*
Frank H. Kerney, III, Esquire
*Admitted Pro Hac Vice*
Morgan & Morgan, Tampa, P.A. One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402
fkerney@forthepeople.com
*Counsel for Plaintiff*

/s/*Kyle D. Watlington, Esquire*
Kyle D. Watlington, Esquire, #33647
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN 37201
Telephone: (615) 726-5437
Facsimile: (888) 688-0482
kwatlington@kingballow.com
*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June, 2017, I electronically filed the foregoing motion with the Clerk of the Court using the ECF system. The ECF system will send notification of such filing to counsel of record for the parties.

Frank H. Kerney, III, Esquire
*Admitted Pro Hac Vice*
Morgan & Morgan, Tampa, P.A. One Tampa City Center
201 North Franklin Street, 7th Floor Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402
fkerney@forthepeople.com
*Attorney for Plaintiff Diane Bennett*

*/s/Kyle D. Watlington, Esquire*
