UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DIANE BENNETT,

    Plaintiff,                                CASE NO.: 3:17-CV-00506
                                                  Judge Trauger

-vs-

SYNCHRONY BANK,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Diane Bennett, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System: Robert M. Luck, III, Reed Smith LLP, Riverfront Plaza - West Tower 901 East Byrd Street, Suite 1700, Richmond, VA 23219-4068 (rluck@reedsmith.com); Elizabeth S. McCall, Esquire, Reed Smith, LLP, Global Customer Centre 20 Stanwix Street, Suite 1200, Pittsburgh, PA 15222 (emccall@reedsmith.com); Kyle D. Watlington, Esquire, King & Ballow, 315 Union Street, Suite 1100, Nashville, TN 37201 (kwatlington@kingballow.com).

                                                */s/Frank H. Kerney, III, Esquire*
                                                Frank H. Kerney, III, Esquire
                                                *Admitted Pro Hac Vice*
                                                Morgan & Morgan, Tampa, P.A.
                                                One Tampa City Center
                                                201 North Franklin Street, 7th Floor
                                                Tampa, FL 33602
                                                Telephone: (813) 223-5505

Facsimile: (813) 223-5402
fkerney@forthepeople.com
jkneeland@forthepeople.com
mbradford@forthepeople.com
*Counsel for Plaintiff*