UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DIANE BENNETT,

    Plaintiff,                                      CASE NO.: 3:17-cv-00506

-vs-

SYNCHRONY BANK,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Diane Bennett, and the Defendant, Synchrony Bank, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above-styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 24th day of January, 2018.

| | |
|---|---|
| */s/Frank H. Kerney, III, Esquire* | */s/Kyle D. Watlington, Esquire* |
| Frank H. Kerney, III, Esquire | Kyle D. Watlington, Esquire |
| Florida Bar #: 88672 | BPR #: 33647 |
| Morgan & Morgan, Tampa, P.A. | King & Ballow |
| One Tampa City Center | 315 Union Street, Suite 1100 |
| 201 North Franklin Street, 7th Floor | Nashville, TN 37201 |
| Tampa, FL 33602 | Tel: (615) 726-5437 |
| Tel: (813) 223-5505 | Fax: (888) 688-0482 |
| Fax: (813) 223-5402 | kwatlington@kingballow.com |
| fkerney@forthepeople.com | *Counsel for Defendant* |
| jkneeland@forthepeople.com | |
| snazario@forthepeople.com | |
| *Counsel for Plaintiff* | |